# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS II, | 1:07-cv-01363-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION |
| v. | (Doc. 19.) |
| STATE OF CALIFORNIA, et al., | ORDER DISMISSING ACTION IN ITS ENTIRETY WITHOUT PREJUDICE |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE FILE |

Plaintiff Willie Lee Brooks II ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on August 28, 2007 at the Northern District of California, and the case was transferred to this Court on August 29, 2007. (Doc. 1.)

On August 26, 2009, Plaintiff filed a motion to dismiss his complaint. (Doc. 19.) "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything

1

about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading.  Therefore, Plaintiff's motion shall be granted.

In the request for dismissal, Plaintiff contends that his life is in serious danger because of his placement in Administrative Segregation.  If Plaintiff is sufficiently concerned that he would like the Court to request that the Warden of Mule Creek State Prison look into his contentions, Plaintiff may so notify the Court by filing a response to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss the complaint is GRANTED;
2. This action is DISMISSED in its entirety without prejudice; and
3. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:   August 31, 2009**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE